IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **12-CR-0001-1** |
| v. | : | |
| | : | **13-CV-5038** |
| **EDGAR WINSETT** | : | |

**O R D E R**

**AND NOW**, this 28th day of April, 2014, upon consideration of Mr. Winsett's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence ("§ 2255 Motion," Docket No. 56), the Government's Response thereto (Docket No. 58), Mr. Winsett's Reply (Docket No. 60), the parties' supplemental briefing (Docket Nos. 62, 68), and oral argument and an evidentiary hearing held on April 23, 2014, **it is HEREBY ORDERED that—**

1. Mr. Winsett's § 2255 Motion is **DENIED**.

2. No probable cause exists to issue a certificate of appealability.

3. The Clerk of Court shall **mark this case CLOSED** for all purposes, including statistics.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1